**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION, AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VERMONT, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:18-cv-00182-JDL |
| U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)**

Pursuant to a settlement agreement executed by the parties on December 9, 2020 (attached as Exhibit A), it is hereby stipulated and agreed by and between the parties and their respective counsel that the above-captioned case is voluntarily dismissed, with prejudice, against the Defendants, U.S. Department of Homeland Security, *et al.*, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED AND AGREED THIS 9th Day of December, 2020

Dated: December 9, 2020
Portland, Maine

/s/ Emma E. Bond
Emma E. Bond, Esq.
Zachary L. Heiden, Esq.
AMERICAN CIVIL LIBERTIES UNION OF MAINE
P.O. Box 7860
Portland, ME 04112
(207) 619-8687
ebond@aclumaine.org
zheiden@aclumaine.org

Lia Ernst, Esq.*
AMERICAN CIVIL LIBERTIES UNION OF VERMONT
P.O. Box 277
Montpelier, VT 05601
(802) 223-6034
lernst@acluvt.org

Gilles Bissonnette, Esq.*
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
(603) 224-5591
gilles@aclu-nh.org

* *Admitted pro hac vice*

*Attorneys for the Plaintiffs*

/s/ James D. Concannon
James D. Concannon
Assistant U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
James.Concannon@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 9, 2020, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing(s) to the following:

    James D. Concannon
    100 Middle Street
    East Tower, 6th Floor
    Portland, ME 04101
    James.Concannon@usdoj.gov

                /s/ Emma E. Bond
                Emma E. Bond, Esq.
                P.O. Box 7860
                Portland, Maine 04112
                (207) 619-8687
                ebond@aclumaine.org